UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOMINIC TRINGALE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-11613-IT |
| | * | |
| COMMONWEALTH OF | * | |
| MASSACHUSETTS and SOCIAL | * | |
| SECURITY ADMINISTRATION, | * | |
| | * | |
| Defendants. | * | |

ORDER

October 9, 2015

TALWANI, D.J.

Before the court is Defendant United States of America's Motion to Dismiss [#26]. Plaintiff Dominic Tringale filed a response to the motion, requesting that the court "remove the United States (Social Security Administration) from this lawsuit" and stating that the Plaintiff does not have a defense to the "argument for dismissal." Pl.'s Resp. Mot. Dismiss [#30]. Accordingly, the court treats United States' motion to dismiss as unopposed, and hereby ALLOWS the motion.

IT IS SO ORDERED.

October 9, 2015                                           /s/ Indira Talwani
                                                         United States District Judge