UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOMINIC TRINGALE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-11613-IT |
| | * | |
| COMMONWEALTH OF MASSACHUSETTS and SOCIAL SECURITY ADMINISTRATION, | * * * | |
| | * | |
| Defendants. | * | |

ORDER

January 19, 2016

TALWANI, D.J.

Pursuant to the court's Memorandum & Order [#35] ALLOWING the Commonwealth's Motion to Dismiss [#24], the complaint is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

January 19, 2016                                                /s/ Indira Talwani
                                                                United States District Judge